UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                          Case No.  07-cr-233-01-SM

Jeff Williams

O R D E R

Defendant Williams' motion to continue the final pretrial conference and

trial is granted  (document 10).   Trial has been rescheduled for the April 2008

trial period.   Defendant Cruz shall file a waiver of speedy trial rights not later

than February 11, 2008.    On the filing of such waiver, his continuance shall be

effective.

The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial, 18

U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

**Final Pretrial Conference:**  March 17, 2008 at 1:30 p.m.

**Jury Selection**:  April 1, 2008   at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

January 31, 2008

cc:    Jessica Brown, Esq.
        Jennifer Davis, AUSA
        US Probation
        US Marshal